UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER DEMAR FORD,<br><br>　　　　　Defendant. | Case No. 21-CR-874-WQH<br><br>**ORDER TO CONTINUE SELF-SURRENDER DATE AND BOND EXONERATION HEARING** |

　　　　FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Self-Surrender date for Christopher Demar Ford currently set for May 6, 2022 by noon, is hereby continued to June 17, 2022 by noon.

　　　　IT IS FURTHER ORDERED that the Bond Exoneration Hearing currently set for May 9, 2022 @ 9:00 am is continued to June 21, 2022 @ 9:00 am.

　　　　IT IS SO ORDERED.

Dated: April 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court